■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK BROWN, Appellant. [716 NYS2d 565] —Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered July 13, 1998, convicting defendant, after a jury trial, of grand larceny in the third degree and criminal possession of stolen property in the third degree, and sentencing him, as a second felony offender, to concurrent terms of $3\frac{1}{2}$ to 7 years, unanimously affirmed.

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion (*see, People v Walker*, 83 NY2d 455, 458-459; *People v Mattiace*, 77 NY2d 269, 275-276; *People v Pavao*, 59 NY2d 282, 292). Defendant's three felony convictions were theft-related and thus were particularly relevant to credibility, and the court was under no obligation to preclude the People from referring to these convictions by name. Concur—Sullivan, P. J., Rosenberger, Williams, Ellerin and Buckley, JJ.